UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : CHAPTER 11 |
| Tube Bends, Incorporated | : No. 09-20641 |
| | : |
| DEBTOR | : December 11, 2009 |

### DEBTOR'S APPLICATION TO EMPLOY ARGUS MANAGEMENT CORPORATION AS FINANCIAL AND MANAGEMENT CONSULTANTS

Tube Bends, Incorporated, the Chapter 11 Debtor In Possession ("Debtor"), hereby requests that the Court allow the estate to employ Argus Management Corporation ("Argus") as a financial and management consultant to assist the Debtor in its workout, restructuring and sales efforts and to provide certain services including, but not limited to, generating borrowing base certificates and aging reports as required by the Debtor's Cash Collateral Orders, provide monthly financial reports to the business consultants and the secured parties on an ongoing basis so as to provide current information to potential purchasers of the business and secured parties, assist the Debtor in collecting its accounts receivables and to assist the Debtor in obtaining the best insurance on all aspects of the Debtor's business at the most competitive prices. In support of this Application, the Debtor respectfully represents as follows:

1. The Debtor has filed a petition herein under Chapter 11 of Title 11 of the United States Code on March 19, 2009.

2. Your Applicant is a Debtor-In-Possession and has been operating as such.

3. The Debtor has employed professional business brokers to assist it in the marketing and sale of the Debtor's business operation as an ongoing entity. That process has been ongoing and the Debtor is hopeful that offers will be forthcoming soon.

4. The management of the Debtor has been concentrating on the sale process, including providing extensive financial and operational information to potential buyers. This has increased the workload upon management and has resulted in some errors of management which require more attention.

5. Debtor, as Debtor-In-Possession, wishes to employ Argus to assist it in important functions required by both the secured parties and potential purchasers as further outlined above.

6. Your Applicant has selected Argus and its Senior Consultant, Peter Sullivan, for the reason that they have had

considerable experience in matters of this kind and believes that they are well qualified to assist the Debtor in preparing various financial reports as well as assist the Debtor in the collection of receivables and other management functions during the interim period while the Debtor is seeking to market itself to third party purchasers. Argus has successfully assisted various Debtors in their reporting requirements and assisting Debtors in 363 sales in multiple bankruptcy jurisdictions, including Dallas, Boston, and the Southern District of New York.

7. The professional services that Argus is to render include:

(a) Assist in the management of the Debtor and act as a financial consultant and to assist the Debtor in generating borrowing base certificates and aging reports to both potential purchasers and secured parties.

(b) Provide current ongoing monthly financials both to potential purchasers and secured parties, assist in the collection of receivables including substantial past due receivables for both pre-petition and post-petition accounts.

(c) Review all insurance coverage to verify that all necessary coverage has been obtained at the most

competitive pricing and to obtain alternative insurance coverage if less expensive coverage is available from alternative sources.

   (d)   Assist the Debtor in making recommendations regarding company operations and financial decisions.

   8.   To the best of Debtor's knowledge, neither Argus nor Peter Sullivan have any connection with the Debtor, with the creditors, or any other party in interest or their respective attorneys.

   9.   Your Applicant desires to employ Argus under an hourly rate of $225.00 per hour with a maximum number of hours per week limited to five (5) hours total as a financial consultant to both this Debtor and the companion case of Connecticut Stamping and Bending Company (#09-20642). In other words, management of both Connecticut Stamping and Tube Bends will share this consultant for the maximum five (5) hours per week at $225.00 per hour. It will be the management of both Debtors to decide or assign how the maximum of five (5) hours per week shall be allocated (i.e.-one (1) weeks Tube Bends will utilize the consultant for four (4) hours and Connecticut Stamping might utilize the

4

remaining one (1) hour or vice versa). Payment for the consultant shall come from the following sources: a ten percent (10%) reduction in the current salary of Brad Barlow, currently operating as Chief Operating Officer of Connecticut Stamping, and a ten percent (10%) reduction in the current salary of Jeffrey Barlow, currently operating as Chief Operating Officer of Tube Bends. In addition, the current comptroller of Connecticut Stamping and/or Tube Bends shall have their hours and salary reduced by fifty percent (50%) in order to pay for the services of Argus.

10. No party in interest has requested the appointment of a trustee, and thus no notice of this application need be given and no hearing thereon need be held because of the presumption accorded the Debtor-In-Possession pursuant to 11 U.S.C. Section 1107(b).

11. RBS Citizens Bank ("RBS") is the secured party which holds a security interest in all the assets of the Debtor. They have consented to the appointed of Argus as the financial and management consultants and also participated in the interview process of Argus and other potential consultants at the time the Debtor interviewed prospective consultants. Citizens will allow its cash collateral to be used to pay Argus the fee structure as set forth in Paragraph 9 above.

12. To the best of the Debtor's knowledge and belief, it hereby certifies that Argus and/or Peter Sullivan are disinterested persons within the meaning of 11 U.S.C. Section 101(14) and 11 U.S.C. 327(c).

WHEREFORE, your Applicant prays that the Debtor be authorized to employ Argus to represent the estate as the financial and management consultant as further set forth above, and that said Debtor have such other and further relief as is just.

Dated: December 11, 2009    DEBTOR: Tube Bends, Incorporated

By /s/ Anthony S. Novak
Anthony S. Novak
Fed. Bar #ct09074
Lobo & Novak, LLP
280 Adams Street
Manchester, CT 06042
Tel: (860) 645-0006
Email: anthonysnovak@aol.com
Its Attorneys

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : CHAPTER 11 |
| Tube Bends, Incorporated | : No. 09-20641 |
| | : |
| DEBTOR | : |

### AFFIDAVIT OF PROPOSED FINANCIAL CONSULTANT, ARGUS MANAGEMENT CORPORATION

COMMONWEALTH OF MASSACHUSETTS )
                               ) ss:
COUNTY OF _____    )

I, Peter Sullivan, Senior Consultant at Argus Management Corporation ("Argus"), hereby make solemn oath:

1. I am a Senior Consultant with Argus Management Corporation ("Argus") located at 15 Keith Hill Road, Grafton, MA 01519.

2. I maintain a business office at the address set forth above which provides professional financial and management consulting services to Debtors in Possession. We also assist in the collection of receivables of the ongoing businesses and assist Debtors in the preparation of various reports and financial reporting requirements.

3. Neither Argus nor any of its employees or members have any connection with Tube Bends, Incorporated, the above-named Debtor, its creditors, or any party in interest herein, or their respective attorneys.

4. Argus and Peter Sullivan hereby certify that they are disinterested persons within the meaning of 11 U.S.C. Section 101(14) and represent no interest adverse to the Debtor-In-Possession or the Estate pursuant to 11 U.S.C. Section 327(c).

                                                           _____
                                                           Peter Sullivan
                                                           Senior Consultant at
                                                           Argus Management Corporation

      Subscribed and sworn to before me this _____ day of December, 2009.

                                               _____
                                             Notary Public

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE                                  :
                                       :    CHAPTER 11
Tube Bends, Incorporated               :    No. 09-20641
                                       :
DEBTOR                                 :

<u>PROPOSED ORDER GRANTING APPLICATION TO EMPLOY AND RETAIN
ARGUS MANAGEMENT CORPORATION, AS FINANCIAL AND MANAGMENT
CONSULTANTS TO THE DEBTOR IN POSSESSION</u>

Upon the Application of Tube Bends, Incorporated, the above-named Debtor, dated December 11, 2009, for entry of an order, pursuant to Sections 327(a), 329 and 1107(b) of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to retain Argus Management Corporation ("Argus"), under a retainer as its financial and management consultant in its Chapter 11 case; and upon the affidavit of Peter Sullivan (the "Affidavit"), which is annexed to the original Application filed with this Court on December 11, 2009 and notice having been given to the parties identified in the certification of service filed with this Court, and it appearing that no other or further notice is required or necessary, and the Court being satisfied that Argus does not hold or represent an interest adverse to the Debtor's estate and that Argus is a "disinterested person" as such term is defined under Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code, and that the employment of Argus as the financial and management consultant for the

Debtor is necessary and in the best interests of the Debtor and its estate, creditors, and parties-in-interest, and after due deliberation and sufficient cause appearing therefor found that:

a. Argus represents no interest adverse to the Debtor's estate that would disqualify Argus from representation of the Debtor in this Chapter 11 case;

b. Argus is a "disinterested person" as such term is defined in Section 101(14) of the Bankruptcy Code; and

c. The retention of Argus as the Debtor's financial and management consultant is in the best interests of the Debtor and its estate, creditors, and parties-in-interest, and it is therefore

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to Sections 327(a), 328(a) and 1107(b) of the Bankruptcy Code, the Debtor is authorized to retain and employ Argus as its financial and management consultant to perform the services set forth in the Application; and

2. Argus may be compensated in accordance with the following terms:

Five (5) hours per week maximum in the aggregate for both this estate and the estate of Connecticut Stamping and Bending company (#09-20642) at $225/hour.

All fees shall be paid only upon further application to this Court and subject to Sections 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time-to-time, the rules of this Court, and such procedures as may fixed by order of this Court.

Dated:_____                BY THE COURT

                                                      _____
                                                      Alan S. Dabrowski
                                                      Chief Bankruptcy Judge